**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodolfo ACOSTA–ORELLANO,**
**also known as Adan Cruz,**
**Defendant–Appellant.**

No. 03–40912.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

James Lee Turner, Assistant US, Attorney, David Hill Peck, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E, Dahlin, II, Federal Public Defender, Marjorie A Meyers, Assistant Federal Public Defender, H Michael Sokolow, Jose I Gonzalez–Falla, Assistant Federal Public Defender, Federal Public

Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Rodolfo Acosta–Orellano appeals his sentence imposed following his guilty plea conviction for being found illegally in the United States following deportation in violation of 8 U.S.C. § 1326(a), (b)(2).

Acosta–Orellano argues that his prior conviction for possession of a controlled substance is not an aggravated felony under U.S.S.G. § 2L1.2(b)(1)(C). This argument is foreclosed by our decision in *United States v. Caicedo–Cuero,* 312 F.3d 697, 705–11 (5th Cir.2002), *cert. denied,* —— U.S. ——, 123 S.Ct. 1948, 155 L.Ed.2d 864 (2003).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.